**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith (11871)
Kevin B. Archibald (13817)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: wes@cjmlv.com, kba@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the*
*Employee Painters' Trust, et al.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., <br><br> Plaintiffs <br><br> vs. <br><br> FREEMAN'S CARPET SERVICE, INC., et al., <br><br> Defendants | CASE NO.: 2:23-cv-01067-CDS-NJK <br><br> **THIRD STIPULATION AND ORDER TO STAY CASE** <br><br> [Third Request] |

The Plaintiffs, Board of Trustees of the Employee Painters' Trust, *et al.* (collectively the "Plaintiffs"), and Defendants Freeman's Carpet Service, Inc., *et al.* (collectively the "Defendants"), each acting by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On September 1, 2023, the Court entered a Stipulation and Order to Stay Case [ECF No. 6] staying this action through September 27, 2023.

2. On September 29, 2023, the Court entered a Second Stipulation and Order to Stay Case [ECF No. 8] staying this action through November 3, 2023.

3. During the period that this case has been stayed, the Parties conducted an in-person settlement meeting, through which the Parties developed a framework for further review of claims, documents, and records and possible resolution. The Parties are continuing in that process and desire additional time to bring it to a conclusion.

4. Therefore, the Parties agree that a further stay of the case and extension of the responsive pleading deadline through January 19, 2024, is appropriate.

-1-

5.     This is the Parties' third request to stay and extend the responsive pleading deadline.

6.     This stipulation is made in good faith to avoid protracted litigation with accompanying costs and is not an admission of liability or waiver of claims or defenses.

7.     No hearing has been set and no scheduling order has been entered in this case.

Dated this 16th day of November, 2023.

| CHRISTENSEN JAMES & MARTIN, CHTD. | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ Wesley J. Smith<br>Wesley J. Smith, Esq.<br>Nevada Bar No. 11871<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Email: wes@cjmlv.com<br>*Attorneys for Plaintiffs Board of Trustees of the Employee Painters' Trust, et al.* | By: /s/ R. Todd Creer<br>R. Todd Creer, Esq.<br>Nevada Bar No. 10016<br>6325 South Jones Boulevard, Suite 300<br>Las Vegas, Nevada 89118<br>Email: tcreer@kzalaw.com<br>*Attorney for Defendants Freeman's Carpet Service, Inc., et al.* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  December 1, 2023

-2-